# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00140-MR

| | |
|---|---|
| RAHYIM D. ALLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| RONNIE L. HUNEYCUTT, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's recent letter directed to the undersigned. [Doc. 34].

Pro se Plaintiff Rahyim D. Allah ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On October 3, 2022, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Eighth Amendment individual capacity claims passed initial review. [Doc. 11]. The Court entered its scheduling order and the North Carolina Prisoner Legal Services (NCPLS) declined to represent the Plaintiff. [Doc. 31, 32].

Now before the Court is a letter from the Plaintiff with no case number and directed to the undersigned. [Doc. 34]. In the letter, Plaintiff advises the Court that the NCPLS declined to represent him. [Doc. 34]. He does not

specifically request the appointment of counsel, but states that he "[does] not know how [he] will be able to provide an effective case without appointment of counsel." [Id.]. The letter is wholly improper and will be stricken from the docket in this matter. As Plaintiff was advised in the Order of Instructions in this case, all documents filed in this case must include a case number at the top of the first page. Also, "[l]etters sent to the Clerk of Court or Judge will not be answered. Only Motions will be ruled on by the Court." [Doc. 5 at ¶¶ 4-5]. The Court, therefore, will strike this letter.

**Plaintiff is admonished that, if he files further improper letters or other filings in this matter, they may be summarily stricken.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's letter [Doc. 34] is hereby **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: April 21, 2023

Martin Reidinger
Chief United States District Judge