# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| RAHYIM D. ALLAH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00140-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| RONNIE L. HUNEYCUTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2023 Order.

December 19, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court